# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

RONDA SMITH                                                                    PLAINTIFF


v.                                    NO. 3:16-cv-00117 PSH


CAROLYN W. COLVIN, Acting Commissioner                            DEFENDANT
of the Social Security Administration


## ORDER


    Plaintiff Ronda Smith ("Smith") has filed the pending motion to dismiss without prejudice. See Document 6. In the motion, she represented the following:


    On April 11, 2016, the Appeals Council denied [Smith's] claim for disability benefits and advised her to seek judicial review within 60 days if she wished to appeal. [She] subsequently commenced this civil action, No. 3:16CV00117PSH. Subsequent to the commencement of the civil action, [she] submitted new evidence to the Appeal Council. As a result, the Appeals Council *vacated its April 11, 2016, decision* and issued a new decision denying the claim again on May 13, 2016. In its May 13, 2016, decision, the [Appeals] Council advised that [Smith] should file a civil action within 60 days if she wished to appeal. [She] subsequently commenced a civil action under No. 3:16CV00142JJV.

    Since the Appeals Council vacated its April 11, 2016, decision which was the subject of the civil action in No. 3:16CV00117PSH, [Smith] wishes to dismiss this action without prejudice and proceed with her appeal under case No. 3:16CV00142JJV.


See Document 6 at CM/ECF 1. [Emphasis in original].

For good cause shown, and for the reasons articulated in Smith's motion to dismiss, the motion is granted. <u>See</u> Fed.R.Civ.P. 41. The complaint at bar is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of June, 2016.


_____
UNITED STATES MAGISTRATE JUDGE